[No. 4246–II.  Division Two.  November 24, 1981.]

JUDY DROSSART, *Appellant,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 280825, William L. Brown, Jr., J., entered May 31, 1979. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie, J., and Johnson, J. Pro Tem.

[No. 4542–II.  Division Two.  November 25, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILIP CHEROKEE TIGER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 79–1–00291–7, J. Dean Morgan, J., entered January 14, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrie, JJ.

[No. 9149–2–I.  Division One.  November 30, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT PAUL SAEGERT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00877–0, Richard M. Ishikawa, J., entered August 7, 1980. *Affirmed* by unpublished opinion per James, C.J., concurred in by Callow and Durham, JJ.

[No. 9164–6–I.  Division One.  November 30, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EDWARD WESTBO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00713–7, Jack P. Scholfield, J., entered August 6, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by James, C.J., and Durham, J.